UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHRISTINE N. CAMERON and
ESTATE OF DR. ROBERT B.
CAMERON

     Plaintiffs,

                                     Case No. 26-cv-

v.                                Hon.

UNITED SERVICES
AUTOMOBILE ASSOCIATION,

     Defendant.

_____/

LISS + EARLS, P.C.
By: Alison R. Koppin (P75593)
*Attorney for Plaintiff*
31440 Northwestern Hwy, Suite 100
Farmington Hills, MI 48334
T: (248) 579-1921/F: (248) 553-2020
akoppin@lissearls.com

_____/

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

There is no other pending or
resolved civil action arising out
of the transaction or occurrence
alleged in the complaint.

NOW COME Plaintiffs, Christne N. Cameron and Estate of Dr. Robert B. Cameron, by and through their attorneys, Liss + Earls, P.C., and state the following in support of their complaint:

1.      Plaintiff is a resident of Escambia County, State of Florida.

2.      Defendant United Services Automobile Association ("USAA") is a foreign property and casualty insurance entity authorized to insure property in the State of Michigan.

3.      The amount in controversy is in excess of $25,000.00 or is otherwise within the jurisdiction of this Honorable Court.

4.      At all relevant times, Plaintiffs were the named insureds or otherwise entitled to insurance benefits pursuant to Homeowners Policy no. 00071 74 48 92A ("Policy"), effective October 15, 2025 through October 15, 2026, issued by Defendant, a copy of which is in Defendant's possession, which insured Plaintiffs' covered property at 2289 Shaw Park Road, Grayling, Crawford County, Michigan ("Insured Premises") against direct accidental physical loss or accidental physical damage caused by or resulting from any covered cause of loss.

5.      The Policy is a fire insurance contract within the meaning of MCL 500.2833.

6.      On or about April 10, 2026, while the Policy was in effect, a covered

2

cause of loss caused direct accidental physical loss or accidental physical damage to Plaintiffs' covered property at the Insured Premises.

7.      Upon discovery, Plaintiffs timely made a claim to Defendant and submitted satisfactory proof of loss.

8.      On June 8, 2026, in breach of the parties' insurance contract, Defendant wrongfully denied coverage for Plaintiffs' claim.

9.      As a direct and proximate result of Defendant's breach of the parties' insurance contract, Defendant remains indebted to Plaintiffs for their insured losses, and for their incidental and consequential damages that were in the contemplation of the parties at the time the insurance contract was made, or which are the natural and usual consequence of a breach of a policy of property insurance.

10.      Pursuant to MCL 500.2833(1)(m) and the Policy's terms, Plaintiffs demand appraisal to conclusively establish the amount of loss.

11.      MCL 500.2006 provides for the addition of twelve percent (12%) interest on claims where the Defendant insurer has failed to pay the claim within sixty (60) days of receiving satisfactory proof of loss.

12.      Pursuant to MCL 500.2006, Plaintiffs are entitled to twelve percent (12%) interest on all amounts owing under the Policy that Defendant failed to timely

pay.

WHEREFORE Plaintiffs Christine N. Cameron and Estate of Dr. Robert B. Cameron respectfully request this Honorable Court enter a judgment in their favor and against Defendant USAA, which includes the following:

a. establishing liability under the Policy in favor of Plaintiffs and against Defendant for the loss and damage caused by or resulting from the April 10, 2026 loss;

b. ordering Plaintiffs' claim be submitted to statutory appraisal if the parties are unable to agree on the amount of loss;

c. granting a money judgment in favor of Plaintiffs and against Defendant for the amount owing on the appraisal award;

d. awarding of all incidental and consequential damages, if any, incurred by Plaintiffs that were in the contemplation of the parties at the time the insurance contract was made, or which are the natural and foreseeable consequence of a breach of a property insurance contract;

e. awarding of twelve percent (12%) interest pursuant to MCL 500.2006 in Plaintiffs' favor for all amounts Defendant failed to timely pay;

f. awarding statutory interest, taxable costs and attorney fees to which Plaintiffs may be entitled, if any; and

g. awarding all such other relief as the Court deems just in equity and good

conscience.

Respectfully submitted,

LISS + EARLS, P.C.

/s/Alison R. Koppin
By: Alison R. Koppin (P75593)
*Attorney for Plaintiff*
31440 Northwestern Hwy, Suite 100
Farmington Hills, MI 48334
T: (248) 579-1921/F: (248) 553-2020
akoppin@lissearls.com

Dated:        August 4, 2026

## DEMAND FOR JURY TRIAL

PLAINTIFFs Christine N. Cameron and Estate of Dr. Robert B. Cameron, by

and through their attorneys, Liss + Earls, P.C., demand a trial by jury in the above

cause.

Respectfully submitted,

LISS + EARLS, P.C.

/s/Alison R. Koppin
By: Alison R. Koppin (P75593)
*Attorney for Plaintiff*
31440 Northwestern Hwy, Suite 100
Farmington Hills, MI 48334
T: (248) 579-1921/F: (248) 553-2020
akoppin@lissearls.com

Dated:        August 4, 2026